[Dkt. Ent. 34]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS GINES-FIGUEROA. | Crim. No. 12-618 (RMB)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed herewith,

It is on this **25th** day of **August 2015**,

**ORDERED** that Defendant's motion for a reduction in sentence pursuant to 18 U.S.C. § 3582 is DENIED; and it is further

**ORDERED** that the Clerk shall serve this Order and the associated Opinion upon Plaintiff by regular U.S. Mail, to Plaintiff's most recent address 64486-050, Federal Prison Camp, P.O. Box 779800, Miami, FL 33177-9800.

                                s/Renée Marie Bumb
                                RENÉE MARIE BUMB
                                UNITED STATES DISTRICT JUDGE